[808 NE2d 854, 776 NYS2d 534]

In the Matter of MICHAEL CHANG, Appellant, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.

Decided February 12, 2004

### APPEARANCES OF COUNSEL

*Kuby & Perez LLP*, New York City (*Ronald L. Kuby* of counsel), for appellant.

*Eliot Spitzer, Attorney General*, Albany (*Patrick J. Walsh* of counsel), for Glenn S. Goord, as Commissioner of the New York State Department of Correctional Services, and others, respondents.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Elizabeth I. Freedman* and *Francis F. Caputo* of counsel), for Bernard Kerik, as Commissioner of the New York City Department of Corrections, and another, respondents.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be reversed, with costs, and the matter remitted to Supreme Court for further proceedings in accordance with this memorandum. For the purpose of calculating jail time credit, Penal Law § 70.30 (3) makes no distinction between detention in New York and detention by the federal government or sister states (*see Matter of Guido v Goord*, 1 NY3d 345 [2004] [decided today]). Accordingly, petitioner is entitled to jail time credit for the period in which he was in federal custody.

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO and READ concur in memorandum; Judge R.S. SMITH taking no part.

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.